1  **PLAGER SCHACK LLP**
   Mark H. Plager (CA Bar No. 192259)
2  *mark@plagerschack.com*
   Michael L. Schack (CA Bar No. 128784)
3  *michaels@plagerschack.com*
   16152 Beach Boulevard, Suite 207
4  Huntington Beach, California 92647
   (714) 698-0601 - Phone
5  (714) 698-0608 - Fax

6  Attorneys for Interpleader
   Gotham Insurance Company
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, | **CASE NO.** 5:13 cv 03810 BL F |
| Plaintiff in Interpleader, | |
| v. | |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., and PHARMATECH SOLUTIONS, INC. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 14, 2014 CASE MANAGEMENT CONFERENCE** |
| Defendants in Interpleader. | |
| SHASTA TECHNOLOGIES, LLC, | |
| Counterclaimant, | |
| v. | |
| GOTHAM INSURANCE COMPANY, and DOES 1 TO 50 INCLUSIVE, | |
| Counter Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

WHEREAS, the Parties in the above-referenced matter were ordered to an early Case Management Conference for May 14, 2014, at 11:00 a.m., set forth in Document 57 of the Court's docket filed April 25, 2014.

-1-
STIPULATION AND [PROPOSED] ORDERTO CONTINUE MAY 14, 2014
CASE MANAGEMENT CONFERENCE

WHEREAS, the parties were ordered to submit a Case Management Statement due by May 1, 2014, set forth in the Court's Case Reassignment Order, on April 17, 2014.

Plaintiff in Interpleader GOTHAM INSURANCE COMPANY and Defendants SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., and PHARMATECH SOLUTIONS, INC. hereby stipulate and agree, by and thorough their respective counsel of records, as follows:

The parties herein request an extension of time to **May 15, 2014** to complete the Case Management Statement and request that the date of the Case Management Hearing be **continued for 30 days**.

The Parties remain engaged in substantive settlement discussions and agree to such extension to complete their settlement discussions and memorialize the agreement in writing.

IT IS SO STIPULATED.

Dated: April 29, 2013                    PLAGER SCHACK LLP


                                          By: _____
                                              Mark H. Plager

                                          Attorneys for Plaintiff in
                                          Interpleader / Counter Defendant
                                          Gotham Insurance Company


Dated: April 29, 2014                    Respectfully Submitted,
                                          Hunter, Molloy & Salcido, LLP


                                          By: _____
                                              Michael J. Belcher

                                          Attorneys for Defendants
                                          Instacare Corp., and Pharmatech
                                          Solutions, Inc.

April 29, 2014                                  Adelson Hess & Kelly, PC

                                                By: _____
                                                    Randy M. Hess

                                                Attorneys for Defendant / Counter Claimant Shasta Technologies, Inc.

## ORDER

Good Cause Appearing Therefore, it is hereby ordered that the Case Management Conference currently set for May 14, 2014, is hereby continued to **June 19, 2014 at 1:30 p.m.**, and that the Joint Case Management Statement shall be filed with the court, on or before **May 15, 2014**.

Dated:  April 30, 2014                          _____
                                                United States District Court Judge
                                                Beth Labson Freeman