ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Nicole S. Hess (SBN 286632)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone:  (408) 341-0234
Facsimile:  (408) 341-0250
rhess@ahklaw.com
nhess@ahklaw.com

Attorneys for Defendant and Counterclaimant
SHASTA TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY,<br><br>　　　　Plaintiff in Interpleader,<br><br>vs.<br><br><br>SHASTA TECHNOLOGIES, LLC,<br>INSTACARE CORP., and<br>PHARMATECH SOLUTIONS, INC.<br><br>　　　　Defendants in Interpleader.<br>SHASTA TECHNOLOGIES, LLC,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>GOTHAM INSURANCE COMPANY, and<br>DOES 1 TO 50, INCLUSIVE<br><br>　　　　Counter Defendants. | CASE NO.: 5:13-cv-03810-BLF<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO THE HONORABLE JUDGE OF THIS COURT:

　　　　PLEASE TAKE NOTICE that Defendant and Counterclaimant Shasta Technologies, LLC hereby substitutes David Fortney, and his law firm Ogloza Fortney LLP, 535 Pacific Avenue, Suite 201, San Francisco, California 94133, telephone (415) 912-1849, email: dfortney@oglozafortney.com, as its attorney of record in the place and stead of Adleson, Hess & Kelly, APC as counsel in this action.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 4:13-cv-03810-BLF　　　　SUBSTITUTION OF ATTORNEYS　　　　1

1  I authorize the above substitution:

2  Dated: June 4, 2014

SHASTA TECHNOLOGIES, LLC

By: _____
On behalf of Shasta Technologies, LLC

7  I consent to the above substitution:

8  Dated: June 4, 2014

ADLESON, HESS & KELLY, APC

By: _____
Randy M. Hess

12  I accept the above substitution:

13  Dated: June 3, 2014

OGLOZA FORTNEY LLP

By: _____
David Fortney

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT COURT
JUDGE, NORTHERN DISTRICT OF
CALIFORNIA

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax: (408) 341-0250
www.ahk-law.com

Case No. 4:13-cv-03810-BLF        SUBSTITUTION OF ATTORNEYS        2