Eric L. Troff, Esq., CSB #110031
BAER & TROFF, LLP
35 N. Lake Avenue, Ste. 670
Pasadena, CA 91101
(310) 802-4202 telephone
(626) 568-2800 facsimile
eric@btllp.com

Attorneys for Defendants
Instacare Corp. and
PharmaTech Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, | Case No.: 5:13-CV-03810-BLF |
| Plaintiff in Interpleader, | ORDER APPROVING |
| vs. | SUBSTITUTION OF ATTORNEYS |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP. and PHARMATECH SOLUTIONS, INC. | |
| Defendants in Interpleader. | |
| AND RELATED COUNTER-CLAIM | |

TO THE HONORABLE JUDGE OF THIS COURT:

**PLEASE TAKE NOTICE THAT** Defendants Instacare Corp., and PharmaTech Solutions, Inc. hereby substitute the Eric Troff, Esq., and his law firm, Baer & Troff LLP, 35 N, Lake Ave., Ste. 670, Pasadena, CA 91101, telephone (310) 802-4202, email: eric@btllp.com, as their attorney of record in place of Hunter, Molloy & Salcido, LLP, as counsel in this action.

I authorize the above substitution        INSTACARE CORP.

Dated: 6/11, 2014                          By: _____
                                               Keith Berman

                                           Its: CFO

I authorize the above substitution        PHARMATECH SOLUTIONS, INC.

Dated: 6/11, 2014                          By: _____
                                               Keith Berman

                                           Its: President

I authorize the above substitution        HUNTER, MOLLOY & SALCIDO, LLP

Dated: 6/11, 2014                          By: _____
                                               Richard Salcido

I accept the above substitution            BAER & TROFF LLP

Dated: 6/10, 2014                          By: _____
                                               Eric Troff

IT IS SO ORDERED.

Dated: June 16, 2014                       _____
                                           UNITED STATES DISTRICT COURT
                                           JUDGE, NORTHERN DISTRICT OF
                                           CALIFORNIA