UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GOTHAM INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No.  13-cv-03810-BLF<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

On June 19, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 08/20/2014 |
| Disclosure of Expert Reports | 12/17/2014 |
| Disclosure of Rebuttal Reports | 01/16/2015 |
| Fact Discovery Cut-Off | 11/19/2014 |
| Expert Discovery Cut-Off | 02/13/2015 |
| Last Day to Hear Dispositive Motions | Parties must reserve when filing motion - must be heard no less than 60 days before trial. |
| Final Pretrial Conference | 04/23/2015 at 2:30 pm |
| Trial | 05/04/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  June 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge