**PLAGER SCHACK LLP**
Mark H. Plager (CA Bar No. 192259)
*mark@plagerschack.com*
Michael L. Schack (CA Bar No. 128784)
*michaels@plagerschack.com*
16152 Beach Boulevard, Suite 207
Huntington Beach, California 92647
(714) 698-0601 - Phone
(714) 698-0608 - Fax

Attorneys for Interpleader
Gotham Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, <br><br> Plaintiff in Interpleader, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., and PHARMATECH SOLUTIONS, INC. <br><br> Defendants in Interpleader. | **CASE NO.** 5:13 cv 03810 BL F <br><br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| SHASTA TECHNOLOGIES, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> GOTHAM INSURANCE COMPANY, and DOES 1 TO 50 INCLUSIVE, <br><br> Counter Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

WHEREAS, the deadline for filing a motion for leave to amend pleadings or add parties is August 20, 2014, and

WHEREAS, Plaintiff Gotham Insurance Company desires to file a First Amended Complaint in  the form attached hereto as Exhibit "1", and

1    WHEREAS, in order to facilitate filing of the First Amended Complaint
2 without the need for a motion for leave to amend the Complaint, Defendants are
3 agreeable to the filing of the First Amended Complaint, without admitting and
4 reserving all rights to dispute and deny the allegations contained therein; and

5    WHEREAS, the Fact Discovery Cutoff Date is November 19, 2014, and the
6 Expert Witness Discovery Date is February 13, 2015, and the parties agree that
7 additional time is needed to complete discovery in light of the proposed amended
8 complaint;

9    NOW, THEREFORE, Plaintiff GOTHAM INSURANCE COMPANY and
10 Defendants SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., and
11 PHARMATECH SOLUTIONS, INC. hereby stipulate and agree, by and thorough
12 their respective counsel of records, that Court may enter an order:

13    1. Granting Plaintiff leave to file its First Amended Complaint in the form
14       attached hereto, and upon entry of such order, the First Amended
15       Complaint shall be deemed filed and served; and
16    2. Modifying the Case Management Order to reflect a new Fact Discovery
17       Cutoff of January 19, 2015, and a new Expert Discovery Cutoff of March
18       13, 2015.

19    IT IS SO STIPULATED.

20 Dated: July 24, 2014                       PLAGER SCHACK LLP

22                                            By:  /s/Mark H. Plager
                                                   Mark H. Plager
23                                                 Attorneys for Plaintiff and Counter
                                                   Defendant Gotham Insurance
24                                                 Company

| | |
|---|---|
| Dated: July 24, 2014 | Baer & Troff LLP |
| | By: /s/Eric Troff |
| | Eric Troff, Esq. |
| | Attorneys for Defendants Instacare Corp., and Pharmatech Solutions, Inc. |
| Dated: July 24, 2014 | OGLOZA AND FORTNEY |
| | By: /s/David Fortney |
| | David Fortney, Esq. |
| | Attorneys for Defendant / Counter Claimant Shasta Technologies, Inc. |

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, it is hereby ordered that:

1. Plaintiff Gotham Insurance Company is granted leave to file its First Amended Complaint, and that the First Amended Complaint attached hereto is hereby deemed filed and served as of the date of entry of this order; and

2. The Case Management Order is hereby modified to reflect a new Fact Discovery Cutoff of January 19, 2015, and a new Expert Discovery Cutoff of March 13, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

United States District Court Judge
Beth Labson Freeman