UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOTHAM INSURANCE COMPANY,

　　　　Plaintiff,

　　v.

SHASTA TECHNOLOGIES, LLC, et al.,

　　　　Defendants.

Case No.　13-cv-03810-BLF

**CASE MANAGEMENT ORDER**

　　On March 26, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

　　IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Motion to Consolidate currently set for 04/16/2015 at 9:00 am is continued to 05/07/2015 at 9:00 am.

IT IS FURTHER ORDERED THAT the Pretrial Conference set for 04/23/2015 and the Jury Trial set for 05/04/2015 is hereby vacated.

Dated: March 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge