# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GOTHAM INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, <br><br> Defendant. <br> ------------------------------------------------------- <br> PHARMATECH SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, <br><br> Defendant. | Case No. 13-cv-03810-BLF <br><br><br><br><br><br><br> Case No. 14-cv-03682-BLF <br><br> **ORDER RESETTING HEARINGS ON PENDING MOTIONS TO CONSOLIDATE AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

For the reasons stated on the record at the Case Management Conference held on March 26, 2015:

(1) the motions to consolidate that are pending in both of the above-captioned actions are RESCHEDULED from April 16, 2015 to May 7, 2015 at 9:00 a.m.; and

(2) the motion to dismiss for lack of subject matter jurisdiction that is pending in the *Gotham* action is RESCHEDULED from May 7, 2015 to April 16, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge