UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOTHAM INSURANCE COMPANY,

    Plaintiff,

v.

SHASTA TECHNOLOGIES, LLC, et al.,

    Defendants.

Case No. 13-cv-03810-BLF

**ORDER TERMINATING MOTION TO CONSOLIDATE AS MOOT**

[RE: ECF 98]

In light of the Court's dismissal of *PharmaTech Solutions, Inc. v. Shasta Technologies, LLC*, 14-cv-03682-BLF, the motion to consolidate the present case with *PharmaTech* is terminated as MOOT. The hearing on the motion, currently set for May 7, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
BETH LABSON FREEMAN
United States District Judge