United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, et al., <br><br> Defendants. | Case No.  13-cv-03810-BLF <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On March 26, 2015, the Court vacated the pretrial and trial dates in this case based upon motions to consolidate the present action with another action then pending before the Court, *PharmaTech Solutions, Inc. v. Shasta Technologies, LLC*, 14-cv-03682-BLF.  The Court thereafter dismissed the *PharmaTech* action.  Accordingly, a Case Management Conference is necessary to address the case schedule.

IT IS HEREBY ORDERED that:

(1)    A Case Management Conferenced is SCHEDULED for May 14, 2015 at 1:30 p.m.;

(2)    The parties shall file a joint statement addressing the scheduling of dispositive motions, the final pretrial conference, and trial; and

(3)    The parties are granted leave to appear at the Case Management Conference telephonically if they wish.

Dated:  May 1, 2015

_____
BETH LABSON FREEMAN
United States District Judge