# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GOTHAM INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHASTA TECHNOLOGIES, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-03810-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO REOPEN DISCOVERY**<br><br>[RE:  118] |

On July 2, 2015, the parties submitted a stipulated request to reopen discovery along with a proposed order containing a blank space for the Court to insert a new discovery cut-off date. While the Court finds that good cause exists to reopen discovery, the Court has no sense of what would be a reasonable discovery cut-off date because the parties have not provided any information as to how long they need to complete the additional discovery.  Accordingly, the stipulated request is DENIED WITHOUT PREJUDICE to submission of a renewed request that includes a proposed discovery cut-off date.

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge