Eric L. Troff, Esq., CSB #110031
BAER & TROFF, LLP
35 N. Lake Avenue, Ste. 670
Pasadena, CA 91101
(310) 802-4202 telephone
(626) 568-2800 facsimile

Attorneys for Defendants
Instacare Corp. and
PharmaTech Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY,<br><br>Plaintiff in Interpleader,<br><br>vs.<br><br>SHASTA TECHNOLOGIES, LLC, INSTACARE CORP. and PHARMATECH SOLUTIONS, INC.<br><br>Defendants in Interpleader,<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 5:13-CV-03810-BLF<br><br>AMENDED STIPULATION TO RE-OPEN DISCOVERY;<br><br>[~~PROPOSED~~] ORDER THEREON |

WHEREAS, Defendant PharmaTech Solutions, Inc. (hereafter "PharmaTech") wishes to re-open discovery to it to conduct that discovery which is necessary to both obtain, authenticate and inquire about the settlement, and any other ancillary document related thereto, between LifeScan Scotland, Ltd., on the one hand, and Defendant Shasta Technologies, Inc., (hereafter "Shasta") and Conductive Technologies, Inc. (hereafter "CTI"), on the other hand, that was reached in that matter entitled *LifeScan Scotland,*

*Ltd. v. Shasta Technologies, LLC*, United States District Court for the Northern District of California, Case No. 5:11-cv-4494 EJD (PSJ); and

WHEREAS, the requested Settlement Agreement, and other documents, were created on or about February 27, 2015, after the Discovery Cut-Off in this case of November 19, 2014; and

WHEREAS, it is PharmaTech's position that the Settlement Agreement, and other documents, have a direct bearing on the issues raised in the captioned Interpleader Action as they effect the interpretation and enforceability of the that portion of the Binding Term Sheet between Shasta and PharmaTech pertaining to the disbursement of the funds that have been interplead in this action; and

WHEREAS, Shasta is not by this Stipulation agreeing to PharmaTech's position, but is willing to have its objections to the requested discovery resolved in connection with a motion to compel that will be filed after discovery is re-opened, and the discovery is served and objected to; and

WHEREAS, the parties wish to avoid the expense and unnecessary delay in having two motions: (i) a motion to re-open discovery; and (ii) a motion to compel each addressing, essentially, the same issues; and

WHEREAS, neither party will be prejudiced by the re-opening of discovery inasmuch as trial will not commence in this case until September 6 and 7, 2016;

NOW THEREFORE, the parties, by and through their respective counsel of record, agree that:

1. Discovery in this case is re-opened to permit Defendant PharmaTech to discover to obtain, authenticate and inquire about the settlement, and any other ancillary document related thereto, between LifeScan Scotland, Ltd., on the one hand, and Defendant Shasta Technologies, Inc., (hereafter "Shasta") and Conductive Technologies, Inc. (hereafter "CTI"), on the other hand, that was reached in that matter entitled *LifeScan Scotland, Ltd. v. Shasta Technologies, LLC*, United States

District Court for the Northern District of California, Case No. 5:11-cv-4494 EJD (PSJ);

2. The parties further agree that, absent good cause, the cut-off date for this discovery will be June 30, 2016.

DATED: 7/8, 2015            BAER & TROFF LLP

                            By: _____
                            ERIC TROFF,
                            Attorneys for Defendants
                            Instacare Corp. and Pharmatech
                            Solutions, Inc.

DATED: 7/8, 2015            OGLAZA-FORTNEY LLP

                            By: _____
                            DAVID FORTNEY,
                            Attorneys for Defendant
                            Shasta Technologies, LLC

[PROPOSED] ORDER

Pursuant to the Stipulation of the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

1. Discovery in this case is re-opened to permit Defendant PharmaTech to discover to obtain, authenticate and inquire about the settlement, and any other ancillary document related thereto, between LifeScan Scotland, Ltd., on the one hand, and Defendant Shasta Technologies, Inc., (hereafter "Shasta") and Conductive Technologies, Inc. (hereafter "CTI"), on the other hand, that was reached in that matter entitled *LifeScan Scotland, Ltd. v. Shasta Technologies, LLC*, United States District Court for the Northern District of California, Case No. 5:11-cv-4494 EJD (PSJ); and

2. Absent good cause showing, the new discovery cut-off date for this discovery is June 30, 2016.

DATED: _____, 2015

/s/ Beth Labson Freeman
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA