1

2

3     **UNITED STATES DISTRICT COURT**

4     **NORTHERN DISTRICT OF CALIFORNIA**

5     **SAN JOSE DIVISION**

6

7     GOTHAM INSURANCE COMPANY,        Case No.  13-cv-03810-BLF

          Plaintiff,

8                                       **ORDER GRANTING DEFENDANT'S**
      v.                                **PHARMATECH SOLUTION INC.'S**
9                                       **ADMINISTRATIVE MOTION TO FILE**
                                        **UNDER SEAL PENDING**
10    SHASTA TECHNOLOGIES, LLC, et al., **DETERMINTION OF MOTION TO DE-**
                                        **DESIGNATE**
          Defendants.
11
                                        [Re:  ECF 125]
12

13

14        Before the Court is Defendant PharmaTech Solution Inc.'s administrative motion to file

15    under seal the LifeScan Settlement Agreement and portions of its motion to de-designate the

16    LifeScan Settlement that reference the settlement agreement.  ECF 125.  During discovery, Shasta

17    Technologies produced a LifeScan Settlement Agreement.  *Id*. at 4.  Because the parties could not

18    agree on the confidentiality of the settlement agreement, the settlement agreement was produced

      as "Highly Confidential – Attorneys' Eyes Only."  *Id*.  Judge Grewal's December 7, 2015
19
      memorialized the parties' agreement and indicated that after reviewing the settlement agreement,
20
      if it was relevant to PharmaTech's litigation positions and defenses, PharmaTech could bring the
21
      appropriate motion to de-designate the settlement agreement.  *Id*.
22
          PharmaTech has now brought a motion to de-designate the settlement agreement.  ECF
23
      126-4.  Since the settlement agreement was marked "Highly Confidential – Attorneys' Eyes
24
      Only," PharmaTech has also brought this motion to file under seal the settlement agreement and
25
      portions of its motion that reference the agreement even though it believes the settlement
26
      agreement should be de-designated.  ECF 125.  Shasta Technologies has filed a declaration in
27
      support of PharmaTech's motion to seal.  ECF 128.
28

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Two standards govern motions to seal portions of documents: a "compelling reasons" standard, which applies to dispositive motions, and a "good cause" standard, which applies to non-dispositive motions. *Id.* at 1179.

Since the confidentiality of the settlement argument is currently the subject of the motion to de-designate, the Court GRANTS PharmaTech's motion to file under seal the settlement agreement and portions of its motion to de-designate the settlement agreement until the Court rules on PharmaTech's motion to de-designate.

The parties also appear to request that they be allowed to file under seal opposition and reply briefs in connection with the motion to de-designate and redacted versions of the same without having to make separate administrative motions to seal. *See* Proposed Order at 2, ECF 127. The local rules do not allow for a sealing order to cover prospective events. Should the parties wish to file future documents under seal, they must comply with the local rules.

**IT IS SO ORDERED.**

Dated: January 27, 2016

BETH LABSON FREEMAN
United States District Judge

2