Eric L. Troff, Esq., CSB #110031
BAER & TROFF, LLP
35 N. Lake Avenue, Ste. 670
Pasadena, CA 91101
(310) 802-4202 telephone
(626) 568-2800 facsimile

Attorneys for Defendants
Instacare Corp. and
PharmaTech Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, | Case No.: 5:13-CV-03810-BLF |
| Plaintiff in Interpleader, | STIPULATION RE MOTION TO DE-DESIGNATE LIFESCAN SETTLEMENT AGREEMENT AND PRODUCTION OF SAME; AND |
| vs. | |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP. and PHARMATECH SOLUTIONS, INC. | [PROPOSED] ORDER THEREON |
| Defendants in Interpleader. | |
| AND RELATED COUNTER-CLAIM. | |

   WHEREAS, Defendant PharmaTech Solutions, Inc. (hereafter "PharmaTech") filed a Motion to De-Designate the Settlement Agreement (hereafter "LifeScan Settlement Agreement") between LifeScan Scotland Ltd. on the one hand, and Shasta Technologies, LLC (hereafter "Shasta") and Conductive Technologies, Inc., on the other hand, in that matter entitled *LifeScan Scotland Ltd. v. Shasta Technologies, LLC*,

*et. al.*, Case, No. CV11-04494 (U.S.D.C. N.D. Cal. San Jose Div.) (hereafter the "Patent Action"), which had previously been produced to counsel for PharmaTech under a "Highly Confidential – Attorneys' Eyes Only" designation by Shasta;

  WHEREAS, Shasta had opposed PharmaTech's Motion to De-Designate; and

  WHEREAS, PharmaTech's Motion is scheduled for hearing on April 28, 2016, at 9 AM; and

  WHEREAS, counsel for Shasta was informed on April 27, 2016 by counsel for LifeScan that the LifeScan Settlement Agreement has been ordered unsealed in the Patent Action and will in the near future be publicly available, and therefore no cause exists to maintain the designation of "Highly Confidential – Attorneys' Eyes Only";

  NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, through their respective counsel of record, as follows:

  1. Shasta agrees to withdraw its opposition to PharmaTech's Motion to De-Designate.

  2. PharmaTech agrees to withdraw its Motion to De-Designate.

  3. Shasta's counsel will produce to PharmaTech's counsel the LifeScan Settlement, in unredacted form and without any designation of either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" within five business days after this Stipulation and Proposed Order is signed by the Court.

DATED: April 27, 2016       BAER & TROFF LLP

                 By: _____
                 ERIC TROFF,
                 Attorneys for Defendants
                 Instacare Corp. and Pharmatech
                 Solutions, Inc.

DATED: April 27, 2016                    OGLOZA FORTNEY LLP

By:__ _____
    DAVID FORTNEY,
    Attorneys for Defendant
    Shasta Technologies, LLC

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of counsel, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Shasta's counsel will produce to PharmaTech's counsel the LifeScan Settlement, unredacted and without any confidentiality designation, within five business days after this Stipulation and Proposed Order is signed by the Court.

2. The hearing on PharmaTech's Motion to De-Designate is taken off calendar as moot.

DATED: _Crtkr 49, 2016_ _____

UNITED STATES DISTRICT COURT JUDGE