**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, | Case No.  13-cv-03810-BLF |
| Plaintiff, | |
| v. | **ORDER RESETTING BENCH TRIAL** |
| SHASTA TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

Due to the Court's schedule, the two-day bench trial set for September 6, 2016 and September 7, 2016 is hereby RESET for September 7, 2016, at 9:00 a.m. (day one) and September 12, 2016, at 9:00 a.m. (day two).

**IT IS SO ORDERED.**

Dated:  July 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge