1  OGLOZA FORTNEY LLP
　　　Darius Ogloza (SBN 176983)
2  　　*dogloza@oglozafortney.com*
　　　David C. Fortney (SBN 226767)
3  　　*dfortney@oglozafortney.com*
4  535 Pacific Avenue, Suite 201
San Francisco, California 94133
5  Telephone:  (415) 912-1850
Facsimile:  (415) 887-5349
6

7  Attorneys for Defendants and Cross-Defendants
Shasta Technologies, LLC,
8  Calvin A. Knickerbocker, Jr.,
and Calvin A. Knickerbocker III
9

10 BAER & TROFF, LLP
　　　Eric L. Troff (SBN 110031)
11 　　*eric@btllp.com*
12 35 N. Lake Avenue, Suite 670
Pasadena, California 91101
13 Telephone: (310) 802-4202
Facsimile: (626) 568-2800
14

15 Attorneys for Defendants and Cross-Complainants
InstaCare Corp. and PharmaTech Solutions, Inc.

16                **UNITED STATES DISTRICT COURT**

17            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

| 19 GOTHAM INSURANCE COMPANY, | **CASE NO. 5:13-cv-03810 BLF** |
|---|---|
| 20 　　　　Plaintiff in Interpleader, | **STIPULATED SETTLEMENT AND [PROPOSED] ORDER** |
| 21 　　v. | |
| 22 SHASTA TECHNOLOGIES, LLC; CALVIN A. KNICKERBOCKER, III; CALVIN A. | |
| 23 KNICKERBOCKER, JR.; INSTACARE CORP.; and PHARMATECH SOLUTIONS, | |
| 24 INC., | |
| 25 　　　　Defendants in Interpleader. | |
| 26 AND RELATED COUNTER-CLAIM. | |

27

28

1    Defendants and Cross-Defendants Shasta Technologies, LLC ("Shasta"), Calvin A.

2 Knickerbocker, Jr., and Calvin A. Knickerbocker, III, together with Defendants Decision

3 Diagnostics Corp., formerly known as InstaCare Corp., and PharmaTech Solutions, Inc.

4 (Decision Diagnostics Corp. and PharmaTech Solutions, Inc. together, "PharmaTech," and all of

5 the above collectively, the "Parties") state as follows:

6    WHEREAS, Plaintiff in Interpleader Gotham Insurance Company ("Gotham") filed an

7 original complaint in interpleader on August 16, 2013, against Shasta and PharmaTech,

8 concerning the rights of Shasta and PharmaTech to proceeds of $578,733.58 under an intellectual

9 property defense reimbursement insurance policy issued by Gotham to Shasta;

10    WHEREAS, Gotham filed a First Amended Complaint on August 5, 2014, against Shasta

11 and PharmaTech and alleging additional claims against Calvin A. Knickerbocker, Jr. and Calvin

12 A. Knickerbocker, III;

13    WHEREAS, PharmaTech filed a cross-claim on August 5, 2014 against Shasta, Calvin A.

14 Knickerbocker, Jr. and Calvin A. Knickerbocker, III;

15    WHEREAS, all claims between Gotham, Shasta and the Knickerbockers were dismissed,

16 except for Gotham's interpleader and declaratory relief claims as against both Shasta and

17 PharmaTech, and Gotham was dismissed from the action, pursuant to this Court's Order dated

18 February 4, 2015;

19    WHEREAS, the disputed proceeds of $578,733.58 have been deposited with this Court;

20    WHEREAS, the Parties attended a settlement conference in this matter held on August

21 23, 2016, in front of Magistrate Judge Joseph C. Spero; and

22    WHEREAS, the Parties have reached agreement on the terms of a settlement, the terms

23 of which are set forth in this Stipulated Settlement, that they consider to be a just, fair, adequate

24 and equitable resolution of the issues in this case;

25    NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

26    1.  That the Court enter an order disbursing the funds deposited by Gotham with the

27 Court in this interpleader action as follows:  the amount of $201,500.00 shall be paid to the client

28 trust account of Baer & Troff LLP, to be held in trust for PharmaTech; and the balance of the

1    interpleaded proceeds (approximately $377,233.58) shall be paid to the client trust account of

2    Ogloza Fortney LLP, to be held in trust for Shasta.

3              2.   This case shall be dismissed in its entirety with prejudice, with each side to bear its

4    own costs.

5              3.   Neither Shasta nor Calvin Knickerbocker, Jr. shall have any contact, directly or

6    indirectly, with any persons known by them to be shareholders of PharmaTech Solutions, Inc. or

7    Decision Diagnostics Corp., other than Keith Berman.

8              4.   Shasta and Calvin Knickerbocker, Jr. agree that they shall not contact the United

9    States Food and Drug Administration with regard to the GenStrip or related diagnostic blood

10   glucose test strip products during the pendency of that certain action captioned *PharmaTech*

11   *Solutions, Inc. v. Shasta Technologies, LLC,* Case No. 56-2015-00466606-CU-BC-VTA,

12   Superior Court for the County of Ventura.

13

14

15   Dated: August 26, 2016                          OGLOZA FORTNEY LLP

16

17                                                   By:     /s/ David Fortney
                                                             David Fortney

18                                                           Attorneys for Defendants and Cross-
                                                             Defendants Shasta Technologies, Inc.,
19                                                           Calvin A. Knickerbocker, Jr. and Calvin
                                                             A. Knickerbocker, III
20

21

22   Dated: August 26, 2015                          BAER & TROFF, LLP

23

24                                                   By:     /s/ Eric Troff
                                                             Eric Troff
25
                                                             Attorneys for Defendants and Cross-
26                                                           Complainants InstaCare Corp. and
                                                             PharmaTech Solutions, Inc.
27

28

1

**[PROPOSED] ORDER**

2         **PURSUANT TO STIPULATION, IT IS ORDERED** that the settlement terms set forth

3    in the Parties' Stipulated Settlement above are hereby incorporated into this Order;

4         **IT IS FURTHER ORDERED** that the amount of $201,500.00 shall be paid by the Clerk

5    of this Court to the client trust account of Baer & Troff LLP, to be held in trust for PharmaTech;

6         **IT IS FURTHER ORDERED** that the balance of the interpleaded proceeds

7    (approximately $377,233.58) shall be paid to the client trust account of Ogloza Fortney LLP, to

8    be held in trust for Shasta;

9         **IT IS FURTHER ORDERED** that this Court shall have continuing jurisdiction to

10   enforce this Order and the terms of the Parties' settlement herein;

11        **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**,

12   with each side to bear its own costs.

13
     DATED: _____, 2016   _____

14                                            JUDGE OF THE UNITED STATES DISTRICT
                                              COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28