# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY,<br><br>Plaintiff in Interpleader,<br><br>vs.<br><br>SHASTA TECHNOLOGIES, LLC,<br>INSTACARE CORP. and<br>PHARMATECH SOLUTIONS, INC.<br><br>Defendants in Interpleader.<br><br>AND RELATED COUNTER-CLAIM. | Case No.: 5:13-CV-03810-BLF<br><br>[PROPOSED] ORDER RE FINAL RELEASE OF INTERPLEADER FUNDS; AND<br><br>DECLARATION OF ANDRE JARDINI, ESQ.<br><br>BEFORE THE HONORABLE BETH LABSON FREEMAN |

WHEREAS, the Parties reached a Settlement at the Mandatory Settlement Conference conducted by Judge Spero on August 23, 2016; and

WHEREAS, Defendant in Interpleader PharmaTech Solutions, Inc. (hereafter "PharmaTech") has now received $201,863.30 from the Interpleader Funds, including interest thereon, pursuant to this settlement, which has been deposited to the Client Trust Account of PharmaTech's counsel, Baer & Troff LLP; and

WHEREAS, there remains in said Client Trust Account the sum of $181,863.30 after payment of $20,000.00 to satisfy the lien of Hunter, Salcido & Toms, LLP, which lien was paid pursuant to this Court's prior Order dated September 21, 2016 (Docket No. 184); and

WHEREAS, Knapp, Petersen & Clarke LLP (hereafter "Knapp Petersen") has a lien on the remaining Interpleader Funds in the amount of $38,500.00, and

WHEREAS, PharmaTech and Knapp Petersen have reached a voluntary resolution of this lien; and

WHEREAS, pursuant to this Court's September 21, 2016 Order Baer & Troff LLP is to inform the Court of any resolution of Knapp Petersen's lien and seek further permission to release the remaining Interpleader Funds;

NOW THEREFORE, based on the above, and GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The sum of $35,000.00 may be released from the Client Trust Account of Baer & Troff LLP and paid to Knapp Petersen; and

2. The remainder of the disbursed Interpleader Funds, i.e., $146,863.30, may be released from the Client Trust Account of Baer & Troff LLP and paid to PharmaTech.

DATED:_____, 2016        _____
                             UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF ANDE JARDINI, ESQ.

I, ANDRE JARDINI declare:

1. I am an attorney duly authorize to appear before all courts in the state of California. I have personal knowledge of all facts as stated in this Declaration. If called to testify, I could competently testify to the following.

2. I am a partner in Knapp, Petersen and Clarke, LLP, located at 550 N. Brand Ave., Ste. 1500, Glendale CA 91203-1904. California. (Hereafter "Knapp Petersen.") Per agreement with Interpleader Defendants Decision Diagnostics Corporation, fka InstaCare Corp. and PharmaTech Solutions, Inc. (hereafter collectively referred to as "PharmaTech") Knapp Petersen has lien for its past expert services rendered and costs advanced to PharmaTech in the amount of $38,500.00 against the Interpleader Funds, if any, to be recovered by PharmaTech.

3. Knapp Petersen has now reached an agreement with PharmaTech to settle its lien claim for $35,000.00.

I declare under the penalty of perjury under the laws of the state of California that the forgoing is true and correct. Executed this 5th day of December 2016 at Glendale, California.

ANDRE JARDINI